# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OTHIEL ROSA, JONAH SILVA,
and JESUS SANDOZ, on behalf of
themselves and all other similarly
situated,

                               Plaintiffs,

      v.

Veeru Dhillon; Jamaica Fuel Inc.; John Doe
Defendant No. 1; John Doe Defendant No. 2;
and John Doe Defendant Corporations #1-10,

                               Defendants.
------------------------------------------------------------------X

Case No: 1:20-cv-03672-BMC

**OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO:    Mohammed Gangat, Esq.
         LAW OFFICE OF MOHAMMED GANGAT
         675 Third Avenue, Suite 1810
         New York, NY 10017
         mgangat@gangatpllc.com
         moe@lawyerforworkers.com
         718-669-0714

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Veeru Dhillon and Jamaica Fuel Inc. (collectively "Defendants") hereby offer to allow judgment to be taken against them, joint and severally, by Plaintiffs OTHIEL ROSA, JONAH SILVA, and JESUS SANDOZ (collectively "Plaintiffs") in the above-captioned action in the total sum of Fifty Eight Thousand Five Hundred Dollars and No Cents ($58,500.00), inclusive of reasonable attorney's fees, costs, expenses and prejudgment interests accrued to the date of this offer, in full and final settlement of all of Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

        This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiffs may have to damages, or any other form of relief, arising out of the alleged acts or

omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendants; nor is it an admission that Plaintiffs have suffered any damages.

Acceptance of this offer of judgment will act to release and discharge Defendants, their respective successors or assigns, as well as all past and present owners, employees, representatives, and agents of the Defendants from any and all claims that were or could have been alleged by Plaintiffs in the above-referenced action.

In order for Plaintiffs to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

Date:  April 30, 2021
       New York, New York

                                          Sincerely,

                                          _____
                                          Ge Qu, Esq.
                                          Hang & Associates, PLLC
                                          136-20 38th Avenue, Suite 10G
                                          Flushing, New York 11354
                                          (718) 353-8588
                                          rqu@hanglaw.com
                                          *Attorneys for Defendants Veeru Dhillon and Jamaica Fuel Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OTHIEL ROSA, JONAH SILVA, and JESUS SANDOZ, on behalf of themselves and all other similarly situated,

                       Plaintiffs,

            v.

Veeru Dhillon; Jamaica Fuel Inc.; John Doe Defendant No. 1; John Doe Defendant No. 2; and John Doe Defendant Corporations #1-10,

                       Defendants.
-----------------------------------------------------------------X

Case No: 1:20-cv-03672-BMC

**CERTIFICATE OF SERVICE**

    I, Ge Qu, an attorney duly admitted in this Court, hereby certifies:
    I have today served the annexed OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE on Plaintiffs, via U.S. Postal Service mail, by depositing the same paper enclosed in postpaid wrappers, addressed to Plaintiffs' counsel of record.

                          Mohammed Gangat
                      Law Office of Mohammed Gangat
                        675 3rd Ave, Ste 1810
                          New York, NY 10017
                          Tel: (718) 669-0714
                  Email: mgangat@gangatpllc.com

Dated: Flushing, New York
        April 30, 2021

HANG & ASSOCIATES, PLLC

By: _____/s/_____
Ge Qu, Esq.
136-20 38th Avenue Suite 10G
Flushing, New York 11354
Phone: 718.353.8588
Fax: 718.353.6288
e-mail: rqu@hanglaw.com
*Attorneys for Defendants Veeru Dhillon; Jamaica Fuel Inc.*