UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
OTHIEL ROSA, JONAH SILVA, and JESUS
SANDOZ, on behalf of themselves and all other
similarly situated,

                        Plaintiffs,

   v.

Veeru Dhillon; Jamaica Fuel Inc.; John Doe
Defendant No. 1; John Doe Defendant No. 2;
and John Doe Defendant Corporations #1-10,

                       Defendants.
---------------------------------------------------------------X

JUDGMENT

20-cv-03672 (BMC)

     A notice of acceptance of a Rule 68 Offer of Judgment having been filed on May 4. 2021; and Defendants Veeru Dhillon; Jamaica Fuel Inc.,  having offered to allow judgment in this action to be taken against them and in favor of plaintiffs OTHIEL ROSA, JONAH SILVA, and JESUS SANDOZ, in the total sum of Fifty Eight Thousand Five Hundred Dollars and No Cents ($58,500.00), inclusive of reasonable attorney's fees, costs, expenses and prejudgment interests accrued to the date of this offer, in full and final settlement of all of Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action; and an Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on May 4, 2021, directing the Clerk of Court  to enter judgment accordingly; it is

     ORDERED and ADJUDGED that Judgment is entered in favor of plaintiffs OTHIEL ROSA, JONAH SILVA, and JESUS SANDOZ and against Defendants Veeru Dhillon; Jamaica Fuel Inc., in the total sum of Fifty Eight Thousand Five Hundred Dollars and No Cents ($58,500.00), inclusive of reasonable attorney's fees, costs, expenses and prejudgment interests accrued to the date of this offer, in full and final settlement of all of Plaintiffs' claims against

Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Dated: Brooklyn, New York  
       May 5, 2021

Douglas C. Palmer

By:   <u>/s/Jalitza Poveda</u>  
      Deputy Clerk